UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **ONTARIO SAMUELS** | **CIVIL ACTION NO. 15-493-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **CHARLES REX SCOTT, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**MEMORANDUM ORDER**

Before the court is a civil rights complaint filed in forma pauperis ("IFP") by pro se plaintiff Ontario Samuels ("Plaintiff"), pursuant to 42 U.S.C. § 1983. This complaint was received and filed in this court on March 2, 2015. Plaintiff is incarcerated at the Natchitoches Parish Detention Center in Natchitoches, Louisiana. He claims his civil rights were violated during his criminal trial proceedings. He names Charles Rex Scott, Ramona L. Emanuel, Treneisha S. Jackson, and Carolyn Sartin as defendants.

On April 26, 1996, Title 28 § 1915 was amended to add a new requirement pertaining to successive claims. This section limits non-meritorious in forma pauperis ("IFP") claims by prohibiting prisoners from filing additional IFP petitions if three have already been dismissed on the grounds that they were frivolous, malicious or failed to state a claim upon which relief could be granted. See 28 U.S.C. § 1915(g). However, prisoners can file additional claims if they claim to be "under imminent threat of serious bodily injury." The court has reviewed the conclusory allegations of Plaintiff's complaint, and they are not sufficient to meet the imminent danger exception.

Plaintiff has had the following IFP claims dismissed as frivolous: <u>Samuels v. Deville, et al.</u>, No. 3:05-cv-1062 (W.D. La.); <u>Samuels v. Emanuel, et al.</u>, No. 5:13-cv-2775 (W.D. La.); and <u>Samuels v. Jindal, et al.</u>, No. 1:14-2223 (W.D. La.).

Accordingly;

**IT IS ORDERED** that the Memorandum Order (Doc. 4) granting Plaintiff IFP status is hereby **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiff pay the $400.00 filing fee in its entirety by **July 8, 2016**. Failure to pay the filing fee will result in the pleadings being **STRICKEN** from the record.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 24th day of June 2016.

_____
Mark L. Hornsby
U.S. Magistrate Judge

+